UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE NOBACH,<br>    Plaintiff,<br><br>-v-<br><br>AUTO-OWNERS INSURANCE COMPANY,<br>    Defendant. | No. 1:13-cv-1126<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendant's motion for summary judgment in its entirety, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**
**IT IS SO ORDERED.**

Date:  October 22, 2015             /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge